## WILLIAM EVANS *v.* COMMISSIONER OF CORRECTION

The petitioner William Evans' petition for certification for appeal from the Appellate Court, 47 Conn. App. 773 (AC 16778), is denied.

*James A. Shanley, Jr.*, special public defender, in support of the petition.

*Lawrence J. Tytla*, senior assistant state's attorney in opposition.

Decided April 8, 1998

## THEODORE LENCZYK *v.* CONNECTICUT DENTAL COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 936 (AC 16815), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Max F. Brunswick*, in support of the petition.

Decided April 8, 1998